667 A.2d 214

William CARMAN and Victoria Senbertrand
and Mary Beth Marzulli

v.

ZONING BOARD OF ADJUSTMENT Of the CITY OF
PHILADELPHIA and City of Philadelphia and
Cottage Glen Developers, Inc.

Appeal of COTTAGE GLEN DEVELOPERS, INC.

Supreme Court of Pennsylvania.

Argued Oct. 26, 1995.

Decided Nov. 22, 1995.

Carl S. Primavera, Bradley K. Moss, Philadelphia, for Cottage Glen Developers, Inc.

Richelle D. Hittinger, Philadelphia, for William Carman, Victoria Senbertrand and Mary Marzulli.

Cheryl L. Gaston, Philadelphia, for Zoning Board of Adjustment of the City of Philadelphia.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).